UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brent Youness,                                         Civil No. 07-440 (RHK/JSM)

        Plaintiff,

v.                                                     **ORDER**

Southwest Credit Systems Limited Partnership,

        Defendant.

---

Based upon the Stipulation, **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE,** without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 7, 2007

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge